**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-30311 |
| Plaintiff-Appellee, | D.C. No.<br>2:15-cr-00120-JCC-4 |
| v. |  |
| NIEM H. DOAN, | MEMORANDUM* |
| Defendant-Appellant. |  |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted December 8, 2017**
Seattle, Washington

Before:  HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

Niam Doan appeals his guilty-plea conviction and 150-month sentence imposed

for conspiracy to distribute controlled substances in violation of 21 U.S.C. §§

841(a)(1), 841 (b)(1)(A) & 846, and felon in possession of a firearm in violation of

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Doan has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**